# Exhibit A

## Index of Matters Being Filed with Notice of Removal

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | |
|---|---|
| LISA KRYTER, § | |
| § | |
| *Plaintiff* § | |
| § | |
| VS. § | Civil Action No. 7:20-CV-00265 |
| § | |
| WAL-MART STORES TEXAS, LLC; § | |
| WAL-MART STORES, INC.; § | |
| TEX-MEX TRANSPORT, INC.; § | |
| DETMAR LOGISTICS LEASING, LLC and § | |
| ALEX WITTENBURG, § | |
| § | |
| *Defendants*. § | |

Index of Matters Being Filed with Notice of Removal

| Exhibit | Description |
|---|---|
| A | **Index of Matters Being Filed with Notice of Removal** |
| B | **Selected Federal Court Filings and Orders** |
| B-1 | Plaintiff's Original Complaint, *Kryter v. Wal-Mart Stores Texas, LLC, et al.*, 7:20-cv-00075 (W.D.T.X. filed Mar. 20, 2020) (ECF No. 1) |
| B-2 | Plaintiff's Unopposed Motion to Voluntary Dismiss Action Without Prejudice, *Kryter v. Wal-Mart Stores Texas, LLC, et al.*, 7:20-cv-00075 (W.D.T.X. filed Jun. 1, 2020) (ECF No. 26) |
| B-3 | Walmart's Response to Plaintiff's "Unopposed" Motion for Voluntary Dismissal Action Without Prejudice, *Kryter v. Wal-Mart Stores Texas, LLC, et al.*, 7:20-cv-00075 (W.D.T.X. filed Jun. 1, 2020) (ECF No. 27) |
| B-4 | Final Order of Dismissal Without Prejudice, *Kryter v. Wal-Mart Stores Texas, LLC, et al.*, 7:20-cv-00075 (W.D.T.X. issued Jun. 3, 2020) (ECF No. 28) |
| C | **All Executed Process on Defendant Walmart** |
| D | **State Court Docket Sheets** |
| E | **State Court Filings (Bexar County and Midland County)** |

|  | *Bexar County Filings* |
|---|---|
| E-1 | Plaintiff's Original Petition and Request for Disclosure (filed June 1, 2020) |
| *see* E-38 | Request for Service and Process (filed June 1, 2020) |
| *see* E-38 | Citation to Walmart Stores Texas LLC Return to Court (filed June 15, 2020) |
| *see* E-38 | Citation to Walmart Stores Inc. File Copy (filed June 2, 2020) |
| *see* E-38 | Citation to Tex-Mex Transport Inc. File Copy (filed June 2, 2020) |
| *see* E-38 | Citation to Detmar Logistics Leasing LLC File Copy (filed June 2, 2020) |
| *see* E-38 | Citation to Detmar Logistics Leasing LLC Return to Court (filed June 8, 2020) |
| *see* E-38 | Citation to Alex Wittenburg File Copy (filed June 2, 2020) |
| *see* E-38 | Citation to Alex Wittenburg Return to Court (filed June 10, 2020) |
| *see* E-38 | Citation to Tex-Mex Transport Inc. File Copy (filed June 10, 2020) |
| *see* E-38 | Citation to Tex-Mex Transport Inc. File Copy (filed August 26, 2020) |
| E-2 | Defendant Wal-Mart Stores Texas, LLC and Walmart Inc.'s Motion to Transfer Venue to Midland County and Subject Thereto, Original Answer and Request for Disclosures (filed July 6, 2020) |
| E-3 | Defendant Wal-Mart Stores Texas, LLC and Walmart Inc.'s Unopposed Motion to Leave to Designate John Doe as Responsible Third Party (filed July 7, 2020) |
| E-4 | Letter to Court requesting Copy of Order on Defendants Walmart Unopposed Motion for Leave to Designate John Doe (filed July 14, 2020) |
| E-5 | Fiat, Non-Jury Setting on Motion to Transfer Venue X2 (Dropped per Attorney) (filed July 22, 2020) |
| E-6 | Defendant, Detmar Logistics Leasing, LLC's Motion to Transfer Venue and Original Answer Subject Thereto and Request for Disclosure (filed July 23, 2020) |
| E-7 | Defendant Alex Wittenburg's Motion to Transfer Venue and Original Answer Subject Thereto, and Request for Disclosure and Proposed Order (filed July 23, 2020) |
| E-8 | Non-Jury Setting on Motion to Transfer Venue X2 (Dropped per Attorney) (filed July 23, 2020) |
| E-9 | Yancy Letter Requesting Copy of Order (filed July 24, 2020) |
| E-10 | Notice of Intention to Take Deposition by Written Questions of C/R for The City of Midland Police Department (filed July 28, 2020) |
| E-11 | Notice of Intention to Take Deposition by Written Questions of C/R for Midland Memorial Hospital (Billing) (filed July 28, 2020) |

| E-12 | Notice of Intention to Take Deposition by Written Questions of C/R for The City of Midland Police Department (filed July 28, 2020) |
|---|---|
| E-13 | Notice of Intention to Take Deposition by Written Questions of C/R for Trustpoint Rehabilitation Hospital of Lubbock (filed July 28, 2020) |
| E-14 | Notice of Intention to Take Deposition by Written Questions of C/R for University Medical Center (Billing) (filed July 28, 2020) |
| E-15 | Notice of Intention to Take Deposition by Written Questions of C/R for Midland Memorial Hospital (Billing) (filed July 28, 2020) |
| E-16 | Rule 11 Agreement (filed July 30, 2020) |
| E-17 | Rule 11 Agreement (filed August 10, 2020) |
| E-18 | Letter to District Clerk from Nik Mimari re Dropping both 9/10/20 Hearings (filed August 14, 2020) |
| E-19 | Letter Requesting Copy of Entered Agreed Protective Order (filed August 17, 2020) |
| E-20 | Letter to District Clerk from James Floyd re Dropping Hearing (filed August 17, 2020) |
| E-21 | Request for Service and Process (filed August 21, 2020) |
| E-22 | Certificate of Deposition of C/R for Trustpoint Rehabilitation Hospital of Lubbock (Billing) (filed August 28, 2020) |
| E-23 | Notice of Intention to Take Deposition by Written Questions of Texas Spine Care Center (filed September 11, 2020) |
| E-24 | Notice of Intention to Take Deposition by Written Questions of Dr. Roger Wolcott (filed September 11, 2020) |
| E-25 | Notice of Intention to Take Deposition by Written Questions of Texas Tech University Health Sciences Center (filed September 11, 2020) |
| E-26 | Notice of Intention to Take Deposition by Written Questions of American Health Imaging (filed September 23, 2020) |
| E-27 | Certificate of Service (filed September 23, 2020) |
| E-28 | Notice of Intention to Take Deposition by Written Questions of Midland Fire Department – EMS (filed September 24, 2020) |
| E-29 | Notice of Intention to Take Deposition the Oral and Videotaped Deposition, Subpoena Duces Tecum of Stephanie Bustillos (filed September 25, 2020) |
| E-30 | Clerk's Certificate with 31 Documents Transferred from Bexar County (filed September 28, 2020) |
| E-31 | Plaintiffs First Amended Notice of Intention to Take the Oral and Videotaped Deposition, Subpoena Duces Tecum, of Stephanie Bustillos (filed September 30, 2020) |
| E-32 | Certificate of Deposition of C/R University Medical Center (Billing) (filed October 2, 2020) |
| E-33 | Deposition by Written Questions of CR, Texas Spine Care Center (Billing) (filed October 14, 2020) |
| E-34 | Deposition by Written Questions of CR Dr. Roger Wolcott (Billing) (filed October 14, 2020) |

| | |
|---|---|
| E-35 | Certificate of Deposition of Stephanie Bustillos (filed October 29, 2020) |
| E-36 | Deposition by Written Questions of CR Texas Tech University Health Science S. Center (Billing) (filed October 29, 2020) |
| E-37 | Deposition by Written Questions of CR Midland Fire Department-EMS (Billing) (filed October 29, 2020) |
| | *Midland County Filings* |
| E-38 | Transfer Letter/Outgoing Midland County (filed September 28, 2020) |
| E-39 | Letter to Parties re: Transfer (filed September 28, 2020) |
| E-40 | Plaintiff's Notice of Non-Suit Without Prejudice as to Defendant, Tex-Mex Transport, Inc. (filed October 28, 2020) |
| E-41 | Plaintiff's Notice of Non-Suit Without Prejudice as to Defendants, Detmar Logistics Leasing, LLC and Alex Wittenburg (filed October 28, 2020) |
| E-42 | Motion for Withdrawal and Substitution of Counsel for Defendants Wal-Mart Stores Texas, LLC and Wal-Mart Stores (filed November 6, 2020) |
| **F** | **Orders Signed by Texas State Court Judge** |
| F-1 | Order for Unopposed Leave to Designate John Doe as Responsible Third Party (entered July 14, 2020) |
| F-2 | Agreed Protective Order: Judge Mary Lou Alvarez (signed August 13, 2020) |
| F-3 | Agreed Order Granting All Defendants' Motions to Transfer Venue to Midland County, Texas (signed August 21, 2020, certified on August 27, 2020) |
| F-4 | Order Granting Motion for Withdrawal and Substitution of Counsel for Defendants Wal-Mart Stores Texas, LLC and Wal-Mart Stores, Inc. (filed November 10, 2020) |