IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
_____ DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal.  Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION**:

1.Please identify the court from which the case is being removed; the case number; and the complete style of the case.




2.Was jury demand made in State Court?YesNo

If yes, by which party and on what date?


Party NameDate


**STATE COURT INFORMATION**:

1.List all plaintiffs, defendants, and intervenors still remaining in the case.  Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).




2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.


TXWD - Supplement to JS 44 (Rev. 9/2019)Page 1

3.	List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.




**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS**:

1.	List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim. For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).




**VERIFICATION**:


Attorney for Removing Party				Date



Party/Parties



(NOTE:  Additional comment space is available on page 3)

**ADDITIONAL COMMENTS (As necessary)**:

# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | | |
|---|---|---|
| LISA KRYTER, | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| VS. | § | Civil Action No. 7:20-CV-00265 |
| | § | |
| WAL-MART STORES TEXAS, LLC; | § | |
| WAL-MART STORES, INC.; | § | |
| TEX-MEX TRANSPORT, INC.; | § | |
| DETMAR LOGISTICS LEASING, LLC, | § | |
| and ALEX WITTENBURG, | § | |
| | § | |
| *Defendants*. | § | |

Attorneys for the Parties

### 1. **Plaintiff: Lisa Kryter**

Jorge L. Mares
Mikal C. Watts
Francisco Guerra, IV
Jennifer A. Neal
WATTS GUERRA, LLP
(210) 447-0500
Four Dominion Drive
Bldg. 3, Suite 100
San Antonio, Texas 78257
jmares@wattsguerra.com
mcwatts@wattsguerra.com
fguerra@wattsguerra.com
jneal@wattsguerra.com

Joe A. Gamez
Jose L. Rios, Jr.
JOE A. GAMEZ LAW FIRM, P.C.
(210) 736-4040
1119 Fresno Road
San Antonio, Texas 78201
jrios@jagamezlaw.com

2. **Defendants: Walmart Inc. (f/k/a Wal-Mart Stores, Inc.) and Wal-Mart Stores Texas, LLC**

CRAIG, TERRILL, HALE & GRANTHAM, LLP
Robert L. Craig, Jr.
State Bar No. 04987300
Marcy M. Erwin
State Bar No. 24047248
9816 Slide Road, Suite 201
Lubbock, Texas 79424
(806) 744-3232 Telephone
bobc@cthglawfirm.com
merwin@cthglawfirm.com

and

SUSMAN GODFREY L.L.P
Neal S. Manne
State Bar No.: 12937980
Robert Rivera, Jr.  (*pro hac vice* pending)
State Bar No.: 16958030
Jonathan J. Ross (*pro hac vice* pending)
State Bar No.: 00791575
Matthew Behncke (*pro hac vice* pending)
State Bar No.: 24069355
Elizabeth Hadaway (*pro hac vice* pending)
State Bar No.: 24109962
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
(713) 651-9366 Telephone
(713) 654-6666 Telecopier
nmanne@susmangodfrey.com
rrivera@susmangodfrey.com
jross@susmangodfrey.com
mbehncke@susmangodfrey.com
ehadaway@susmangodfrey.com